**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** : | |
| : | |
| Maurice Falkner : | Case No.:  23-00842 |
| : | Chapter 13 |
| Debtor. : | Judge David D. Cleary |
| : | * * * * * * * * * * * * * * * * * * * * * |
| : | |

## NOTICE OF MOTION

TO: See attached list.

     PLEASE TAKE NOTICE that on **April 10, 2023, at 01:30 pm**, I will appear before the Honorable Judge David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the U.S. Court for the Northern District of Illinois, 219 South Dearborn, Chicago, IL 60604, **or** electronically as described below and present the Motion for Relief from Stay and Co-Debtor Stay, a copy of which is attached.

     **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

     You may appear electronically by video or by telephone.

     **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

     **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

     **Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                     Fifth Third Bank, National Association

                     By: /s/ Todd J. Ruchman
                           Todd J. Ruchman (6271827)

23-002184_BEW1

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Contact email is tjruchman@manleydeas.com

23-002184_BEW1

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Marilyn O Marshall, courtdocs@chi13.com

Yusuf Abusharif, Attorney for Maurice Falkner, ndil@geracilaw.com

David Kosk, Attorney for Maurice Falkner, ndil@geracilaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Maurice Falkner, 12255 Fairway Cir, APT# C, Blue Island, IL  60406

Shirley A. Mis, 12255C Fairway Circle, Blue Island, IL  60406

FORD Motor Credit Comp, Po Box 542000, Omaha, NE  68154

Greens of Blue Island, 13301 S. Ridgeland Avenue, Suite B, Palos Heights, IL  60463

Illinois Housing Development Auth, 111 W Wacker Drive, Chicago, IL  60601

/s/ Todd J. Ruchman

23-002184_BEW1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Maurice Falkner | : | Case No.: 23-00842 |
| | : | Chapter 13 |
| Debtor. | : | Judge David D. Cleary |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## MOTION OF FIFTH THIRD BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY AS TO SHIRLEY A. MIS (FIRST MORTGAGE)

Fifth Third Bank, National Association ("Creditor"), by and through the undersigned counsel, moves the Court pursuant to 11 U.S.C. § 362(d) for an Order granting relief from the automatic stay and pursuant to 11 U.S.C § 1301 granting relief from the codebtor stay as to Shirley A. Mis on the real property located at 12255C Fairway Circle, Blue Island, IL 60406 ("Property"). In support of its motion, Creditor states the following:

1. Maurice Falkner ("Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code on January 23, 2023 (the "Petition Date").

2. On November 10, 1998, Debtor and Codebtor executed a Note in the original amount of $92,600.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A.

3. To secure the Note, a Mortgage was given November 10, 1998 and recorded November 16, 2008. A copy of the Mortgage and subsequent Assignments of Mortgage are attached as Exhibit B, evidencing perfection of Creditor's security interest in the Property which is more particularly described in the Mortgage.

4. The terms of the Note were subsequently modified as set forth in the Loan Modification Agreement First-Lien Closed-End Loan, attached as Exhibit C.

23-002184_BEW1

5. There are other liens against the property as listed in Debtor's Schedule D.

6. As of March 23, 2023 the total outstanding amount due on the Note is $75,881.15 which consists of:

|  |  |
|---|---|
| Principal | $61,824.31 |
| Interest | $3,255.68 |
| Escrow advance | $4,800.28 |
| Late charges | $9.03 |
| Fees assessed | $5,978.00 |
| FHA Premium | $13.85 |
| Suspense funds | $(0.00) |

7. Creditor seeks relief from the automatic stay pursuant to 11 USC § 362(d) and the codebtor stay pursuant to 11 USC § 1301 to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Property.

8. Creditor is entitled to relief from the automatic stay for the following reason(s):

    a. Creditor is not adequately protected per 11 USC § 362(d)(1) based upon Debtor's post-petition default.

    b. Debtor is in default post-petition. Debtor has failed to make full post-petition payments for the past 2 months as of March 23, 2023 and is in default in the amount of $1,250.66. This amount is broken down as follows:

| **Post Petition Payments Delinquent to Creditor** | | |
|---|---|---|
| **Date Range** | **Amount** | **Total** |
| February 2023 to March 2023 | $625.33 | $1,250.66 |
| Total: $1,250.66 | | |

9. Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within 30 days of the date it is filed. Creditor further requests that Rule 4001(a)(3) be waived so that an Order Granting Relief from the Automatic Stay will take immediate effect.

23-002184_BEW1

WHEREFORE, Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay and the Codebtor stay.

                Respectfully submitted,

                /s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

23-002184_BEW1

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion of Fifth Third Bank, National Association for the Automatic Stay and Codebtor Relief as to Shirley A. Mis (First Mortgage) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Marilyn O Marshall, courtdocs@chi13.com

Yusuf Abusharif, Attorney for Maurice Falkner, ndil@geracilaw.com

David Kosk, Attorney for Maurice Falkner, ndil@geracilaw.com

Dale A Riley. Attorney for Maurice Falkner, ndil@geracilaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Maurice Falkner, 12255 Fairway Cir, APT# C, Blue Island, IL  60406

Shirley A. Mis, 12255C Fairway Circle, Blue Island, IL  60406

FORD Motor Credit Comp, Po Box 542000, Omaha, NE  68154

Greens of Blue Island, 13301 S. Ridgeland Avenue, Suite B, Palos Heights, IL  60463

Illinois Housing Development Auth, 111 W Wacker Drive, Suite 1000, Chicago, IL  60601

/s/ Todd J. Ruchman

23-002184_BEW1