UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-00842 |
| Maurice Falkner | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY (FIRST MORTGAGE)

This matter is before the Court on the Motion for Relief from Automatic Stay and Co-debtor Stay (First Mortgage) by Fifth Third Bank, National Association (hereinafter "Movant').

It is ORDERED that the motion is granted. The automatic stay is modified to permit Creditor to enforce its rights against the property described as 12255C Fairway Circle, Blue Island, IL 60406 pursuant to the terms and conditions of contract and applicable non-bankruptcy law.

It is ORDERED that the motion is granted pursuant to 11 U.S.C. § 1301 and the Co-debtor stay is modified to permit Creditor to enforce its rights against the property described as 12255C Fairway Circle, Blue Island, IL 60406 pursuant to the terms and conditions of contract and applicable non-bankruptcy law.

It is further ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by Debtor(s).

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: May 22, 2023

**Prepared by:**

Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com