Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  Maurice Falkner                    )   Chapter  13
                                           )
                                           )   No.  23-00842
                                           )
         Debtor(s)                         )   Judge David D. Cleary

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on  June 12, 2023 , at  1:30 p.m. , I will appear before the Honorable  David D. Cleary , or any judge sitting in that judge's place, **either** in courtroom  644  of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 , **or** electronically as described below, and present the motion of  Motion to Lift Automatic Stay  [to/for] The Greens of Blue Island Condominium Association, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is  161 122 6457 , and the passcode is  Cleary644 .  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ Katerina Tsoukalas-Heitkemper

The Greens of Blue Island Condominium Associ
Katerina Tsoukalas-Heitkemper
ARDC #6288666
Tressler LLP
550 E. Boughton Road, Suite 250
Bolingbrook, IL 60440

**CERTIFICATE OF SERVICE**

I, Katerina Tsoukalas-Heitkemper, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 26, 2023, at 5:00 pm.

/s/ Katerina Tsoukalas-Heitkemper
[Signature]

**SERVICE LIST**

*Served via U.S. Mail directly upon the Debtor or Petition Address*

Maurice Falkner
12255 Fairway Circle, Unit C
Blue Island, IL 60406

*VIA ECF*

Dale A Riley
Geraci Law L.L.C.
55 East Monroe St. Suite #3400
Chicago, IL 60603
ndil@geracilaw.com

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604
courtdocs@chi13.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Chapter CH 13 |
| Maurice Falkner, | ) Bankruptcy Case No. 23-00842 |
| | ) |
| Debtor | ) |
| | ) Judge David D. Cleeary |
| | ) |

**MOTION TO LIFT AUTOMATIC STAY AS TO**
**The Greens of Blue Island Condominium Association**

Now comes The Greens of Blue Island Condominium Association, a secured creditor and party-in-interest in the above-captioned bankruptcy proceeding, by and through its undersigned counsel, and pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001, files its *Motion to Lift the Automatic Stay as to The Greens of Blue Island Condominium Association* (the "Association")*,* to permit the Association to pursue its state court remedies against the Property (as defined below) upon Debtor's post-petition account. In support of the Motion, the Association states as follows:

**BACKGROUND AND FACTS**

1. Debtors are the owners of the property located at 12255 Fairway Circle, Unit C , Blue Island, IL 60406 (the "Property"), which is located within the Association.

2. By virtue of being an owner within the Association, Debtors are obligated to pay common expenses to the Association for the maintenance, care and upkeep of the Property pursuant to The Greens of Blue Island Condominium Association (the "Declaration"). True and correct copies of the applicable pages of the Declaration are attached hereto as Exhibit A.

3. On January 23, 2023), Debtors filed this instant bankruptcy case under Chapter 13 of the Bankruptcy Code in the Northern District of Illinois, case no. 23-00842.

4. As of January 23, 2023, Debtors were in arrears in their common expenses to the Association in the amount of $15,659.95. To date, the Chapter 13 Trustee has paid $0.00 on this claim. Therefore, there is still $15,659.95 in pre-petition common expenses owed to the Association.

5. Since February 1, 2023, $1,002.00 in common expenses have come due of which $0.00 has been paid by Debtors. Therefore there is $1,002.00 in post-petition common expenses owed to the Association. A detailed schedule of post-petition amounts owed by Debtor is attached hereto as Exhibit B.

6. The Association has incurred $680.00 in attorney's fees and $188.00 in costs for the filing of this motion. Therefore, the cure amount to withdraw the motion is $1,870.00 plus any assessments that have come due since the filing of this motion. See Attached Exhibit C.

7. By virtue of the Declaration, the Association has a continuing lien on the Property.

## JURISDICTION

8. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (G). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

9. The statutory predicates for the relief requested herein are Section 362(d)(1) of the Bankruptcy Code and Bankruptcy Rule 4001.

## RELIEF REQUESTED

10. By this Motion, and pursuant to § 362(d)(1) of the Bankruptcy Code, the Association respectfully requests that this Court modify the automatic stay to allow the Association to pursue its state court remedies against the Property.

## BASIS FOR RELIEF

11. Section 362(d)(1) of the Bankruptcy Code provides that the Court shall grant relief from the automatic stay "for cause, including the lack of adequate protection of an interest in property of such party in

interest." 11 U.S.C. § 362(d)(1). "Cause" is not defined in the Bankruptcy code and must be determined on a case-by-case basis. *In re Reitnauer,* 152 F.3d 341, 343 n.4 (5th Cir. 1998).

12. Debtors' failure to pay post-petition common expenses is a failure to adequately protect the Association and constitutes cause to modify the Stay as the Association is being irreparably harmed by not being able to protect its interest in the Property.

13. Debtors lacks adequate equity in the property. See Schedule of Creditors Holding Secured Claims attached to Debtor's Petition.

14. Pursuant to Local Rule 9013-9(A)(9)(c) the Debtor's mortgage lender has lifted the stay and/or the Debtor's Statement of Intention provides for the surrender of the unit. Unless Debtor files an objection prior to the presentment of this Motion, this Court may grant said Motion without hearing being required

**WHEREFORE**, The Greens of Blue Island Condominium Association prays as follows:

1. That the automatic stay be modified as to The Greens of Blue Island Condominium Association so it may pursue its state court remedies;

2. For such other relief as the Court deems fair and just.

                    Respectfully submitted,
                    The Greens of Blue Island Condominium Association

                    By: _/s/ KHeitkemper_
                    One of its attorneys

Katerina Tsoukalas-Heitkemper, Atttorney #6288666
Kathryn A. Formeller, Attorney #6301651
Joseph A. Silverstein, Attorney #6328640
Tressler LLP
550 E. Boughton Road, Suite 250
Bolingbrook, IL 60440
(630)343-5200 | collections@tresslerllp.com