**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Maurice Falkner | ) | Chapter 13 |
| | ) | Case No. 23 B 00842 |
| Debtor(s) | ) | Judge David D. Cleary |

**Notice of Motion and Certificate of Service**

Maurice Falkner
12255 Fairway Cir
APT# C
Blue Island, IL  60406

Debtor Attorney: Geraci Law L.L.C.
via Clerk's ECF noticing procedures

On February 12, 2024 at 1:00 pm, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, either in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 644, Chicago, IL  60604 or electronically as described below, and present this motion, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

I certify under penalty of perjury that this office caused a copy of this notice and the attached motion to be delivered to the persons named above by U.S. mail or by the methods indicated on  Tuesday, January 9, 2024.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE: Maurice Falkner ) Chapter 13
) Case No. 23 B 00842
Debtor(s) ) Judge David D. Cleary

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On January 23, 2023, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 01, 2023, for a term of 54 months with payments of $800.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 12 | $8,800.00 | $5,180.00 | $3,620.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/09/2024
Due Each Month: $800.00
Next Pymt Due: 01/22/2024

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 06/12/2023 | 52053 | $185.00 | 06/23/2023 | 52124 | $185.00 |
| 06/23/2023 | 52103 | $185.00 | 06/26/2023 | 52183 | $185.00 |
| 07/13/2023 | 52267 | $185.00 | 07/13/2023 | 52242 | $185.00 |
| 08/04/2023 | 52439 | $185.00 | 08/07/2023 | 52461 | $185.00 |
| 08/17/2023 | 52521 | $185.00 | 08/25/2023 | 52575 | $185.00 |
| 09/05/2023 | 52619 | $185.00 | 09/05/2023 | 52669 | $185.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300